AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorsuch, Neil M | Tenth Circuit Court of Appeals | 08/23/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☒ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Byron White Courthouse <br> 1823 Stout Street <br> Denver, CO 80257 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Walden Group LLC (mountain property) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Kellogg, Huber, et al. - I retain an interest in certain contingency cases in recognition of legal services I rendered while at the firm. |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 24 A 10: 28 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Kellogg, Huber, et al., see note Part VII | $ 697,148 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 08/23/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 08/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USAA Money Market | D | Interest | N | T | Exempt | | | | |
| 2. USAA Bond Fund | D | Int./Div. | M | T | Buy | 3/7 | K | | |
| 3. USAA High Yield Bond Fund | D | Int./Div. | M | T | Buy | 3/7 | K | | |
| 4. USAA Int'l Fund | E | Int./Div. | M | T | Buy | 3/7 | K | | |
| 5. USAA S&P Fund | C | Int./Div. | M | T | | | | | |
| 6. USAA Value Fund | B | Int./Div. | M | T | Buy | 3/7 | L | | |
| 7. USAA Tax Ex Interm Bond Fund | A | Int./Div. | N | T | | | | | |
| 8. USAA Small Cap Fund | A | Int./Div. | L | T | Buy | 3/7 | L | | |
| 9. USAA GNMA Trust | B | Int./Div. | | | Sell | 3/7 | N | A | |
| 10. Walden Group LLC | | None | N | W | | | | | |
| 11. 529 Plans | | None | N | T | | | | | |
| 12. ABA 401 K Value Fund | | None | | | Rollover | 11/15 | M | | See note, Part VII |
| 13. ABA 401 K Growth Fund | | None | | | Rollover | 11/15 | L | | |
| 14. ABA 401 K Equity Index Fund | | None | | | Rollover | 11/15 | M | | |
| 15. Diversified Investment 401K Stock Index | | None | M | T | Rollover | 11/15 | | | |
| 16. Diversified Invest 401K Amer Fds Growth Fund | | None | L | T | Rollover | 11/15 | | | |
| 17. Diversified Invest 401K US Lg Cap Fund | | None | M | T | Rollover | 11/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 08/23/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▨▨▨403B Plan - TIAA CREF | | None | J | T | | | | | |
| 19. Thrift Savings Plan | | None | K | T | Exempt | | | | |
| 20. Senate Credit Union checking | A | Int./Div. | J | T | Exempt | | | | |
| 21. USAA IRA -Growth & Income Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 22. USAA IRA -GNMA Trust | A | Int./Div. | | | Sell | 3/7 | J | | |
| 23. USAA IRA - High Yield Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 24. USAA IRA - Total Return Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 25. USAA IRA - World Growth Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 26. ▨▨USAA IRA -Growth & Income Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 27. ▨▨USAA IRA -GNMA Trust | A | Int./Div. | | | Sell | 3/7 | J | | |
| 28. ▨▨USAA IRA - High Yield Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 29. ▨▨USAA IRA - Total Return Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 30. ▨▨USAA IRA - World Growth Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 31. USAA SEP IRA - S&P 500 Index Fund | A | Int./Div. | K | T | Buy | 9/25 | K | | |
| 32. Alpine FDS Dynamic Div Fund | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 33. Provident Energy Trust common | A | Int./Div. | | | Sell | 4/10 | K | A | |
| 34. Vanguard Total Stock Mrkt Fund | A | Int./Div. | | | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 08/23/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Ameren common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 36.   Dell common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 37.   FNM common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 38.   GE common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 39.   Intel common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 40.   Mattel common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 41.   Microsoft common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 42.   RMKR common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 43.   UNP common (X) | A | Int./Div. | | | Sell | 3/16 | J | A | |
| 44.   WMT common (X) | A | Int./Div. | | | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gorsuch, Neil M | 08/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note to Part III.A: Income from Kellogg, Huber, et al. represents payments of contingency fee income received in 2006 subject to an agreement reached with the firm prior to my departure.

Note to Part VII: Assets from ABA 401K account were directly rolled over into similar Diversified Investment Advisors 401K account.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 08/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date __8/23/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorsuch, Neil M | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>04/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Byron White Courthouse<br>1823 Stout Street<br>Denver, CO 80257 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Walden Group LLC (mountain property) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Kellogg, Huber, et al. - I retain an interest in certain contingency cases in recognition of legal services I rendered while at the firm. |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -1 A 9: 48 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Kellogg, Huber, et al., see note Part VII | $ 697,148 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

| X | NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USAA Money Market | D | Interest | N | T | Exempt | | | | |
| 2. USAA Bond Fund | D | Int./Div. | M | T | Buy | 3/7 | K | | |
| 3. USAA High Yield Bond Fund | D | Int./Div. | M | T | Buy | 3/7 | K | | |
| 4. USAA Int'l Fund | E | Int./Div. | M | T | Buy | 3/7 | K | | |
| 5. USAA S&P Fund | C | Int./Div. | M | T | | | | | |
| 6. USAA Value Fund | B | Int./Div. | M | T | Buy | 3/7 | L | | |
| 7. USAA Tax Ex Interm Bond Fund | A | Int./Div. | N | T | | | | | |
| 8. USAA Small Cap Fund | A | Int./Div. | L | T | Buy | 3/7 | L | | |
| 9. USAA GNMA Trust | B | Int./Div. | | | Sell | 3/7 | N | A | |
| 10. Walden Group LLC | | None | N | W | | | | | |
| 11. 529 Plans | | None | N | T | | | | | |
| 12. ABA 401 K Value Fund | | None | | | Rollover | 11/15 | M | | See note, Part VII |
| 13. ABA 401 K Growth Fund | | None | | | Rollover | 11/15 | L | | |
| 14. ABA 401 K Equity Index Fund | | None | | | Rollover | 11/15 | M | | |
| 15. Diversified Investment 401K Stock Index | | None | M | T | Rollover | 11/15 | | | |
| 16. Diversified Invest 401K Amer Fds Growth Fund | | None | L | T | Rollover | 11/15 | | | |
| 17. Diversified Invest 401K US Lg Cap Fund | | None | M | T | Rollover | 11/15 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮▮▮403B Plan - TIAA CREF | | None | J | T | | | | | |
| 19. Thrift Savings Plan | | None | K | T | Exempt | | | | |
| 20. Senate Credit Union checking | A | Int./Div. | J | T | Exempt | | | | |
| 21. USAA IRA -Growth & Income Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 22. USAA IRA -GNMA Trust | A | Int./Div. | | | Sell | 3/7 | J | | |
| 23. USAA IRA - High Yield Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 24. USAA IRA - Total Return Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 25. USAA IRA - World Growth Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 26. ▮▮▮USAA IRA -Growth & Income Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 27. ▮▮▮USAA IRA -GNMA Trust | A | Int./Div. | | | Sell | 3/7 | J | | |
| 28. ▮▮▮SAA IRA - High Yield Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 29. ▮▮▮USAA IRA - Total Return Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 30. ▮▮▮USAA IRA - World Growth Fund | A | Int./Div. | J | T | Buy | 3/7 | J | | |
| 31. USAA SEP IRA - S&P 500 Index Fund | A | Int./Div. | K | T | Buy | 9/25 | K | | |
| 32. Alpine FDS Dynamic Div Fund | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 33. Provident Energy Trust common | A | Int./Div. | | | Sell | 4/10 | K | A | |
| 34. Vanguard Total Stock Mrkt Fund | A | Int./Div. | | | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameren common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 36. Dell common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 37. FNM common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 38. GE common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 39. Intel common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 40. Mattel common | A | Int./Di | | | Sell | 4/10 | J | A | |
| 41. Microsoft common | A | Int./Div. | | | Sell | 4/10 | J | A | |
| 42. RMKR common | A | Int./Di | | | Sell | 4/10 | J | A | |
| 43. UNP common | A | Int./Div. | | | Sell | 3/16 | J | A | |
| 44. WMT common | A | Int./Div. | | | Sell | 4/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | ●=Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note to Part III.A: Income from Kellogg, Huber, et al. represents payments of contingency fee income received in 2006 subject to an agreement reached with the firm prior to my departure.

Note to Part VII: Assets from ABA 401K account were directly rolled over into similar Diversified Investment Advisors 401K account.

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M | 04/26/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ____4·26·07____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544